UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 11-469 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| LEIF RANKIN, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>: Theft of Government Property

<u>Date of Detention Hearing</u>: September 30, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The Complaint alleged that defendant was arrested when he was attempting to

sell U.S. Government documents describing the location of Border Patrol sensors and border cameras in the Blaine, Washington area. Defendant is alleged to have fled arrest, causing the arresting agent to deploy his taser. A large folding knife and mace were found on defendant's person. Defendant is believed to have made several copies of the documents listed in the Complaint and there are concerns he may have additional copies that he could use to flee to Canada.

2. Defendant's past criminal history includes a number of theft and controlled substance offenses. He is current on state supervision for domestic violence assault and interfering with the reporting of domestic violence. A review hearing is scheduled in Whatcom County Superior Court based on defendant's failure to complete a domestic violence assessment. He is named in a current protection/no-contact order and is prohibited from having contact with an individual with whom he is believed to have continued residing following the issuance of the orders. He has no viable release residence. Defendant is not employed.

3. Defendant poses a risk of nonappearance due to lack of verification of some of his background information, the lack of a release address, eluding law enforcement, and a prior failure to comply with court orders. He poses a risk of danger due to the nature of the instant offense, criminal history and a history of failing to comply.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 30th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge